**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA - ORLANDO DIVISION**

| | |
|---|---|
| AGILE JOURNEYS LLC,<br>Plaintiff,<br><br>v.<br><br>THE WALT DISNEY COMPANY AND WALT DISNEY PARKS AND RESORTS U.S., INC.,<br>Defendants. | Case No. 6:22-cv-02272-CEM-LHP<br><br>Hon. Wendy W. Berger<br>Mag. Leslie Hoffman Price<br><br>**Jury Trial Requested** |

**<u>DEFENDANTS' STATUS REPORT</u>**

On October 30, 2023, this Court granted the motion of Defendants The Walt Disney Company and Walt Disney Parks and Resorts U.S., Inc. ("WDPR") (collectively, "Defendants") to stay the above-referenced case in view of *Inter Partes* Review proceeding No. IPR2024-00029 (the "IPR") against the Asserted Patent in this case, U.S. Patent No. 7,212,983 ("'983 Patent") through appeal. *See* Endorsed Order (Dkt. No. 90) (granting Dkt. No. 84 (the "Motion to Stay")). Order 90 further required Defendants to submit a Report regarding the status of the IPR every 180 days and within 14 days of any ruling by the USPTO's Patent Trial and Appeal Board (PTAB).

On April 14, 2025, having reviewed WDPR's petition and Plaintiff's opposition, the PTAB issued a Final Written Decision in the IPR on all challenged claims of the '983 Patent, finding claims 1, 3, 4, 5, 7, 8, 9, 10, 12, 13, 14, 16, 17, 18, 19, 20, 21, 24, and 25 unpatentable. This represents a cancellation of 19 of the 22 challenged claims, including both independent claims.

Both WDPR and Agile Journeys LLC ("Agile") appealed the PTAB Final Written Decision to the United States Court of Appeals for the Federal Circuit. WDPR has filed its opening brief, and Agile has filed its response/cross-opening brief. WDPR's cross-response and reply brief is due on May 13, 2026. Agile's cross-reply brief will be due on a date to be set later, but no earlier than May 27, 2026. No date for oral argument has been set.

Dated: April 27, 2026

Respectfully submitted,

/s/ *Celine J, Crowson*

Mark R. Cheskin, Esq.
Fla. Bar No.: 708402
Hogan Lovells US LLP
600 Brickell Avenue, Suite 2700
Miami, Florida 33131
Telephone: (305) 459-6500
mark.cheskin@hoganlovells.com

Celine J. Crowson (*pro hac vice*)
Damon M. Lewis (*pro hac vice*)
Hogan Lovells US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
celine.crowson@hoganlovells.com
damon.lewis@hoganlovells.com

*Counsel for Defendants The Walt Disney Co. and Walt Disney Parks and Resorts, U.S., Inc.*

## CERTIFICATE OF SERVICE

I certify that on April 27, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ *Celine J. Crowson*
Celine J. Crowson